
RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4/14/11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CLARA M. GREEN ON BEHALF OF K.C.G. | CIVIL ACTION NO. 09-1028 |
| VERSUS | JUDGE HAIK |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

*JUDGMENT*

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REMANDED** to the Commissioner for reconsideration of claimant's obesity in the disability analysis, particularly whether Listing 112.05D is satisfied.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that a copy of this Report and Recommendation, if adopted by the District Judge, be given to both the ALJ originally issuing this Decision and to the ALJ hearing this matter on remand.

Lafayette, Louisiana, this 14th day of April, 2011.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE